### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:20-cr-00047-ALM-AGD** |
| | § | |
| **SARAH ELIZABETH COX (3)** | § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 166 (sealed).

### PROCEDURAL HISTORY

On July 31, 2024, United States District Judge Amos L. Mazzant sentenced defendant Sarah Elizabeth Cox to 24 months imprisonment followed by three years of supervised release. Dkt. 161 at 2–3 (sealed). Cox's term of supervised release commenced on April 1, 2025. Dkt. 166 at 1 (sealed).

In January 2026, a probation officer petitioned the court for a warrant, alleging that Cox had violated four conditions of her supervised release. Dkt. 166 (sealed). Specifically, the petition alleged that Cox had violated conditions that required her to: (1) not commit another federal, state, or local crime; (2) refrain from any unlawful use of a controlled substance; (3) notify her probation officer if she is arrested or questioned by law enforcement; and (4) abide by all conditions outlined in her release on bond. Dkt. 166 (sealed) at 1–3.

In support of those allegations, the petition asserted that, on June 9, 2025, Cox submitted a urine sample that tested positive for methamphetamine. *Id.* at 2. The petition also asserted that, on December 13, 2025, Cox was arrested and charged with a felony offense in Dallas County, Texas. *Id.* at 3.

A final revocation hearing was held before me on March 2, 2026. The government moved to dismiss allegations one and three. Minute Entry for March 2, 2026. Cox pleaded true to the two

remaining allegations. *Id.* She also consented to revocation of her supervised release and waived her right to object to my proposed findings and recommendations. *Id.*; Dkt. 177. After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) allegations one and three in the petition for revocation of Cox's supervised release, Dkt. 166 (sealed), be dismissed; (2) Cox's supervised release be revoked based on allegations two and four in that petition, *id.*; and (3) Cox be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 18 months, to run consecutive to any other term of imprisonment, with no term of supervised release to follow.

So ORDERED and SIGNED this 9th day of March, 2026.

_____
Don Bush
United States Magistrate Judge

2