# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § CRIMINAL NO. 4:20-cr-00047-ALM-AGD |
| SARAH ELIZABETH COX (3) | § |
| | § |

## AMENDED MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed amended findings of fact and recommendations (Dkt. #182) that allegations one and three of the petition for revocation of supervised release be dismissed; and that, based on allegations two and four of the petition, Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months, to run consecutive to any other term of imprisonment, with no term of supervised release to follow; and that Defendant be placed at FMC Carswell in Fort Worth, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #177), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, allegations one and three are hereby dismissed; and Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months, to run consecutive to any other term of imprisonment, with no term of

supervised release to follow; and the Court hereby recommends Defendant be placed at FMC

Carswell in Fort Worth, Texas, if appropriate.

    **SIGNED this 30th day of March, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE